# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PAUL RAY FRENCH | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   2:16-cv-270-MKD |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 16, is denied.
Defendant's Motion for Summary Judgment, ECF No. 17, is granted.
Judgment is entered for Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Mary K. Dimke _____ on a motion for
summary judgment.

Date:  September 6, 2017                          *CLERK OF COURT*

                                        SEAN F. McAVOY
                                        _____

                                        s/ Karen White
                                        _____
                                        *(By) Deputy Clerk*

                                        Karen White
                                        _____